## **INDEX OF EXHIBITS**

Exhibit A    Plaintiff's Complaint

Exhibit B    October 20, 2020 email from Plaintiff's counsel to Non-Parties' counsel serving the subpoenas

Exhibit C    Plaintiff's subpoenas to Non-Parties

Exhibit D    October 26, 2020 email

Exhibit E    Unpublished decisions

Exhibit F    Mr. Sinkular's Declaration